# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

|  |  |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>LEE ENTERPRISES, INC.<br><br>Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ<br><br><br>**PROPOSED AMENDED SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to the telephonic status conference with Magistrate Judge William P. Kelly held on July 8, 2024, counsel have conferred and submit the following proposed amended scheduling order regarding the remaining deadlines for case management to accommodate the parties' mediation scheduled for November 5, 2024:

|  |  | *Current Deadline* | **Proposed Deadline** |
|---|---|---|---|
| 1. | Plaintiffs to file Motion for Class Certification, Expert Reports, and Expert Disclosures by: | August 26, 2024 | **February 13, 2025** |
| 2. | Plaintiffs shall produce experts for depositions by: | September 16, 2024 | **March 6, 2025** |
| 3. | Defendant shall file Opposition to the Motion for Class Certification, Expert Reports and Expert Disclosures by: | October 28, 2024 | **April 17, 2025** |
| 4. | Defendant shall produce Experts for depositions by: | November 11, 2024 | **May 1, 2025** |
| 5. | Plaintiffs shall file Reply Brief in Support of Motion for Class Certification by: | December 7, 2024 | **May 27, 2025** |

<table>
<tr>
<td>6.</td>
<td>Discovery shall not be bifurcated. However, in the event the parties need to take additional discovery after a class certification decision relating to class-wide damages or the identity of any putative class members, that discovery shall be completed by:</td>
<td><strong>The later of (i) 60 days of the Court's Order on Class Certification or (ii) any decision on an appeal of the class certification order pursued under Fed. R. Civ. P. 23(f).</strong></td>
</tr>
<tr>
<td>7.</td>
<td>The Court shall convene a case management conference following a decision on any class certification or decision on a Fed. R. Civ. P. 23(f) appeal to discuss a settlement conference or mediation and a dispositive motion briefing schedule and trial ready date.</td>
<td></td>
</tr>
<tr>
<td>8.</td>
<td>Has a jury demand been filed</td>
<td>☑YES ☐NO</td>
</tr>
<tr>
<td>9.</td>
<td>Estimated length of trial:</td>
<td><strong>15 trial days</strong></td>
</tr>
<tr>
<td>10.</td>
<td>Settlement conference:    (a) A court-sponsored settlement conference should be set by the court at this time for a date after:  _____; or (b) __X__ a court-sponsored settlement conference is not necessary at this time.</td>
<td></td>
</tr>
<tr>
<td>11.</td>
<td>Do the parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?</td>
<td>☐YES ☑NO</td>
</tr>
</table>

Dated: July 15, 2024

**LANE & WATERMAN LLP**

By: */s/ Joshua J. McIntyre*
Ian J. Russell, AT0006813
Joshua J. McIntyre, AT0011426
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone:  563-324-3246
Facsimile:  563-324-1616
Email:  IRussell@l-wlaw.com
Email:  JMcIntyre@l-wlaw.com

**TROUTMAN PEPPER HAMILTON
SANDERS LLP**

By: */s/ Ronald I. Raether*
Ronald I. Raether [Admitted *Pro Hac Vice*]
Tambry L. Bradford [Admitted *Pro Hac Vice*]
5 Park Plaza
Suite 1400
Irvine, CA 92614
Telephone:  949.622.2722
Email:  Ron.Raether@Trouman.com
Email:  Tambry.Bradford@Troutman.com

-and-

Angelo A. Stio III [Admitted *Pro Hac Vice*]
301 Carnegie Center, Suite 400
Princeton, NJ  08543
Telephone: 609.951.4125
Facsimile:   609.452.1147
Email:  Angelo.Stio@Troutman.com

*Attorneys for Defendant, Lee Enterprises,
Incorporated*

**SHINDLER, ANDERSON, GOPLERUD
& WEESE, P.C.**

By: */s/ J. Barton Goplerud*
J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: 515-223-4567
Facsimile:   515-223-8887
Email:  goplerud@sagwlaw.com
Email:  marty@sagwlaw.com

**LEVI & KORSINSKY, LLP**

By: */s/ Mark S. Reich*
Mark S. Reich
Courtney E. Maccarone
Gary I. Ishimoto
55 Broadway, 10th Floor
New York, NY 10006
Telephone:  212.363.7500
Facsimile:   212.363.7171
Email:  mreich@zlk.com
Email:  cmacarone@zlk.com
Email:  gishimoto@zlk.com

*Attorneys for Plaintiffs*

3

### JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____

The deadline in Paragraph _____ is changed to _____

The deadline in Paragraph _____ is changed to _____


**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan

☐ is approved and adopted by this court.

☐ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

☐ will not be scheduled at this time.

☐ will be held in the chambers of Judge _____ at the
U.S. Courthouse in _____, Iowa on the _____
day of _____, at _____ o'clock ☐a.m. ☐p.m.

☐ will be held by telephone conference, initiated by the court, on the _____ day
of _____, at _ o'clock ☐a.m. ☐p.m.


**DATED** this _____ day of _____, _____.

_____
HONORABLE WILLIAM P. KELLY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT