IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, AND BARBARA GRAZIOLI, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LEE ENTERPRISES, INC.,<br><br>Defendant. | 3:22-cv-00086-SHL-WPK<br><br>AMENDED SCHEDULING ORDER AND DISCOVERY PLAN |

1. Plaintiffs to file Motion for Class Certification, Expert Reports, and Expert Disclosures by: **February 13, 2025**.

2. Plaintiffs shall produce experts for depositions by: **March 6, 2025**.

3. Defendant shall file Opposition to the Motion for Class Certification, Expert Reports, and Expert Disclosures by: **April 17, 2025**.

4. Defendant shall produce Experts for deposition by: **May 1, 2025**.

5. Plaintiffs shall file Reply Brief in Support of Motion for Class Certification by: **May 27, 2025.**

6. Discovery shall not be bifurcated. However, in the event the parties need to take additional discovery after a class certification decision relating to class-wide damages or the identity of any putative class members, that discovery shall be completed by: **The later of (i) 60 days of the Court's Order on Class Certification or (ii) any decision on an appeal of the Class Certification Order pursued under Fed. R. Civ. P. 23(f).**

7. The Court will convene a Status Conference following a decision on any class certification or decision on a Fed. R. Civ. P. 23(f) appeal to discuss a Settlement Conference or mediation and a dispositive motion briefing schedule and trial ready date.

8. Estimated length of jury trial is 15 days.

IT IS SO ORDERED.

Dated July 15, 2024.

_____
William P. Kelly
U.S. Magistrate Judge