# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INC.<br><br>　　　　　Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT** |

　　　　Named Plaintiffs Brittney Stoudemire, Amanda Vose, Lucinda Jackson, Dana Foley, and Barbara Grazioli, individually and on behalf of tall others similarly situated (collectively "Plaintiffs"), hereby move the Court, without opposition or resistance by Defendant Lee Enterprises, Inc. ("Defendant"), to preliminarily approve the parties' proposed class action settlement. In support of their Motion, Plaintiffs state as follows:

　　　　1.　　　This Motion for Preliminary Approval is made pursuant to Fed. R. iv. P. 23,

　　　　2.　　　Plaintiffs seek entry of the proposed order filed simultaneously with this Motion that: (1) grants preliminary approval of the proposed Settlement[1] of this class action for consideration that includes a Settlement Payment of $9,500,000.00; (2) preliminary certifies the Settlement Class for settlement purposes only, while appointing the Named Plaintiffs as class representatives, naming Levi & Korsinsky LLP as Class Counsel for the Settlement Class, and

---

[1] Unless expressly defined here, all capitalized terms in this Motion should be construed as defined the Settlement Agreement (the "Settlement") attached as Exhibit A to the Declaration of Mark Reich filed in support of Plaintiffs' Motion.

naming RG/2 Claims Administration LLC as the Class Administrator; (3) approves the proposed Notice attached as Exhibits B and C to the declaration of Mark Reich; and (40 schedule a date and time for a Final Approval and Fairness Hearing to consider approval of the Settlement, Plaintiffs' request for service awards, and Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses.

3. The Court should preliminarily approve the Settlement because it is fair, reasonable, and adequate under Rule 23(e).

4. The Settlement provides substantial benefits to the Class while avoiding the substantial risks and expenditures related to further litigation. The Settlement is also the result of arm's length negotiations between experiences and qualified counsel after a protracted mediation process. The use of a mediator in settlement negotiations supports the presumption of fairness and the conclusion that the Settlement is free of collusion and undue influence.

5. In addition, the proposed Class under the Settlement satisfies the prerequisites of Fed. R. Civ. P. 23(a) and (b)(3).

6. That is, the Class meets the numerosity, commonality, typicality, and adequacy prerequisites under Rule 23(a), and questions of law and fact that are common to the Class Members predominate over any questions affecting individual members under Rule 23(b)(3).

7. Additionally, Plaintiffs seek approval of the proposed Notices and terms related to distribution of the Notices under the Settlement, which includes electronic mail, mailing by United States Mail, a settlement website established and maintained by the Administrator, and a toll-free number overseen by the administrator.

8. This Motion is supported by the records, filings, and proceedings herein, including the following:

    a.    Plaintiffs Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement; and

    b.    The Declaration of Mark S. Reich in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and exhibits attached thereto.

    9.    Pursuant to LR 7(k), Plaintiffs have conferred in good faith with Defendants concerning this Motion, and Defendants do not oppose the Motion as expressly contemplated by the terms of the Settlement.

    10.    Because this Motion is unopposed, and because it requests preliminary relief subject to final approval at a later date, Plaintiffs do not request oral argument or a hearing on this Motion, and respectfully request that this Motion be granted forthwith.

    WHEREFORE, Plaintiffs respectfully request that the Court:

    (A)    Grant preliminary approval of the proposed Settlement;

    (B)    Preliminarily certify the Settlement Class for settlement purposes only, appoint the Named Plaintiffs as representatives of the Settlement Class, and appoint Levi & Korsinsky LLP as Class Counsel for the Settlement Class;

    (C)    Approve the Notices attached as Exhibit B and Exhibit C to the Settlement, as well as all proposed and applicable opt-out and objection deadlines as set forth therein, and direct that such Notice be issued to the Settlement Class in the manner set forth in the Settlement;

    (D)    Appoint RG/2 Claims Administration LLC as the Class Administrator to carry out the applicable functions and duties of the Administrator as set forth in the Settlement; and

    (E)    Schedule a date and time for a Final Approval and Fairness Hearing to

consider whether to finally approve the Settlement, as well as to consider Plaintiffs' requests for service awards, Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of costs and expenses, including those costs and expenses of the Administrator, and to consider timely objections, if any, to any of the above.

| | |
|---|---|
| Dated: March 5, 2025 | **SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.** |
| | By: /s/ J. Barton Goplerud<br>J. Barton Goplerud<br>Brian O. Marty<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>Tel: (515) 223-4567<br>Fax: (515) 223-8887<br>Email: goplerud@sagwlaw.com<br>Email: marty@sagwlaw.com |
| | Mark S. Reich*<br>Courtney E. Maccarone*<br>Gary I. Ishimoto*<br>**LEVI & KORSINSKY, LLP**<br>55 Broadway, 4th Floor, Suite 427<br>New York, NY 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>Email: mreich@zlk.com<br>Email: cmaccarone@zlk.com<br>Email: gishimoto@zlk.com |
| | *admitted *pro hac vice* |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel listed of record.

                                                By: /s/ J. Barton Goplerud
                                                   J. Barton Goplerud