From: RG/2 Claims Administration LLC
To: JonQClassMember@domain.com
Re: Legal Notice of Class Action Settlement

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Stoudemire, et al. v. Lee Enterprises, Inc., Case No. 3:22-cv-00086-SHL-WP*
**(United States District Court for the District for the Southern District of Iowa)**

**Our Records Indicate You Have Subscribed to a *Lee Enterprises, Inc*. publication and May Be Entitled to a Payment From a proposed Class Action Settlement.**

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

This notice is to inform you that a proposed settlement has been reached in a class action lawsuit filed against Lee Enterprises, Inc. ("Lee" or "Defendant").  In the class action lawsuit, plaintiffs allege Defendant disclosed Plaintiffs' and Settlement Class Members' personally identifiable information ("PII") to Facebook through use of tracking methods without consent in violation of the Video Privacy Protection Act (the "VPPA"). The VPPA defines PII to include information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider. Defendant denies that it have violated the VPPA or any other law.  . The parties have agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members are all persons in the United States who, had a paid subscription from December 1, 2020 until March 4, 2025, had a Facebook account, and were a subscriber of a Lee publication during that time.

**What Can I Get?** If approved by the Court, Defendant will establish a Settlement Fund of $9,500,000.00 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, estimated at $_____ per class member. The Settlement also requires Defendant to suspend operation of the Facebook or Meta Pixel on any pages on its website or app that track video content and have a URL that identifies the title of the video content requested or viewed (if any), and to suspend operation of the sharing of video titles until the VPPA is amended, repealed, or otherwise invalidated, or unless Defendant has obtained valid consent to share the information.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form **no later than [claims deadline].** You can file a claim by clicking [here.] Your payment will come via mailed check and/or electronic payment. In kind relief will be provided by email with instruction access. Your unique Login and Password on this Notice will be required to access the online and paper claim forms.

Login: XXX_XXX_XXXX         Password: XXXX

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the settlement administrator no later than **[objection/exclusion deadline].** Your letter or request for exclusion must include your full name, your current address, your signature, the name and number of this case, and the words "request for exclusion" or a comparable statement that you do not wish to participate in the Settlement. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed no later than **[objection/exclusion deadline].** Specific instructions about how to object to, or exclude yourself from, the Settlement are available at [settlement website]. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure of subscriber information to Facebook in this case against the Defendant will be released.

**Who Represents Me?** The Court has appointed Levi & Korsinsky, LLP to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at __ a.m. on [date] in Courtroom 21 at the Southern District of Iowa Courthouse, 131 East 4th Street Davenport, IA 52801. At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representatives $2,500 each from the Settlement Fund for their service in helping to bring and settle this case. Defendant has agreed to pay Class Counsel's reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel is entitled to seek no more than one-third of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement go to [Settlement Website], or contact the settlement administrator at 1-__-__-__ or [settlement mailing address].

| | |
|---|---|
| COURT AUTHOR1ZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT<br><br># OUR RECORDS INDICATE YOU HA VE SUBSCRIBED TO A LEE ENTERPRISES, INC. PUBLICATION AND MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT. | LEE ENTERPRISES PRIVACY SETTLEMENT<br>SETTLEMENT ADMINISTRATOR<br>P.O. BOX 0000<br>CITY, ST 00000-0000<br><br>[BARCODE]<br>POSTAL SERVICE: PLEASE DO NOT MARK BARCODE<br><br>XXX-«ClaimID» «MailRec»<br>«First I» «Last I»<br>«C/O»<br>«Addr1 » «Addr2»<br>«City», «Sb> «Zip» «Country»<br><br>BY ORDER OF THE COURT. DATED: [DATE] |

A proposed settlement has been reached in a class action lawsuit filed against Lee Enterprises, Inc. ("Lee" or "Defendant"). In the class action lawsuit, plaintiffs allege Defendant disclosed Plaintiffs' and Settlement Class Members' personally identifiable information ("PII") to Facebook through use of tracking methods without consent in violation of the Video Privacy Protection Act (the "VPPA").. The VPPA defines PII to include information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider. Defendant denies that it violated the VPPA or any other law, but has agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members are all persons in the United States who, had a paid subscription from December 1, 2020 until March __, 2025, had a Facebook account, and were a subscriber of a Lee publication during that time.

**What Can I Get?** If approved by the Court, Defendant will establish a Settlement Fund of $9,500,000.00 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, estimated at $_____ per class member. The Settlement also requires Defendant to suspend operation of the Facebook or Meta Pixel on any pages on its website or app that track video content and have a URL that identifies the title of the video content requested or viewed (if any), and to suspend operation of the sharing of video titles until the VPPA is amended, repealed, or otherwise invalidated, or unless Defendant has obtained valid consent to share the information.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form no later than [claims deadline]. You can file a claim by clicking [here.] Your payment will come via mailed check and/or electronic payment. In kind relief will be provided by email with instruction access.

Your unique Login and Password on this Notice will be required to access the online and paper claim forms.

Login: XXX_XXX_XXXX          Password: XXXX

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the settlement administrator no later than [objection/exclusion deadline]. Your letter or request for exclusion must include your full name, your current address, your signature, the name and number of this case, and the words "request for exclusion" or a comparable statement that you do not wish to participate in the Settlement. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed no later than [objection/exclusion deadline]. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at [settlement website]. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure of subscriber information to Facebook in this case against the Defendant will be released.

**Who Represents Me?** The Court has appointed Levi & Korsinsky, LLP to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at __ a.m. on [date] in Courtroom 21 at the Southern District of Iowa Courthouse, 131 East 4th Street Davenport, IA 52801. At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representatives $2,500 each from the Settlement Fund for their service in helping to bring and settle this case. Defendant has agreed to pay Class Counsel reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel is entitled to seek no more than one-third of the Settlement Benefit, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement go to [Settlement Website], contact the settlement administrator at 1-__-__-__ or [settlement mailing address].

_____
_____
_____

                                        ==Lee Enterprises Privacy Settlement Administrator==
                                        c/o [Settlement Administrator]
                                        PO Box 0000
                                        City, ST 00000-0000

XXX