*Stoudemire, et al. v. Lee Enterprises, Inc.*
United States District Court for the Southern District of Iowa
Case No. 3:22-cv-00086-SHL-WPK

**Settlement Claim Form**

> **If you are a Settlement Class Member and wish to receive a cash payment, your completed Claim Form must be postmarked on or before [_____], or submitted online on or before [_____].**

Please read the full notice of this settlement (available at **[hyperlink]**) carefully before filling out this Claim Form.[1]

To be eligible to receive a cash payment from the settlement obtained in this class action lawsuit, you must submit this completed Claim Form online or by mail.

**ONLINE:** Submit this Claim Form (available at **[hyperlink]**).

**MAIL:** [**ADDRESS**]

---

**PART ONE: CLAIMANT INFORMATION & PAYMENT METHOD ELECTION**

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

[ _____ ]   [ _____ ]
**FIRST NAME**                **LAST NAME**

[ _____ ]
**STREET ADDRESS**

[ _____ ]   [ _____ ]   [ _____ ]
**CITY**             **STATE**     **ZIP CODE**

[ _____ ]
**EMAIL ADDRESS**

**POTENTIAL CASH PAYMENT:** You may be eligible to receive a *pro rata* portion of the Settlement Fund, which Class Counsel anticipates will to be approximately $____.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning set forth in the Settlement Agreement which can be viewed at [website].

QUESTIONS? CALL (800) 000-0000 TOLL FREE, OR VISIT [WEBSITE]

**PREFERRED PAYMENT METHOD:**

Venmo ☐ Venmo Username: _____

PayPal ☐ PayPal Email: _____

Zelle ☐ Zelle Email: _____

Visa Giftcard ☐     A visa Gift Card will be mailed to your mailing address above.

Check ☐ A check will be mailed to your mailing address above.

---

**PART TWO: ATTESTATION**

---

I declare that: (i) I am a person in the United States who, from December 1, 2020, until March 4, 2025, have or had a Facebook account, and was a subscriber of a Lee publication during that time; (ii) all of the information on this Claim Form is true and correct to the best of my knowledge; and (iii) I am authorized to submit this Claim Form and have not assigned or transferred any rights, claims, or remedies I may be entitled to as a Settlement Class Member in this settlement. I understand that my Claim Form may be subject to audit, verification, and Court review.

|  |  |
|---|---|
| **SIGNATURE** | **DATE** |

**Please keep a copy of your Claim Form for your records.**