**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INC.<br><br>Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ<br><br>**[PROPOSED]** ORDER GRANTING PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT |

AND NOW, this _____ of _____, 2025, upon review of Plaintiffs' Motion for Preliminary Approval, and any response thereto, it is hereby ORDERED, that Plaintiffs' Motion is GRANTED. Accordingly:

(1) preliminarily approve the proposed settlement,

(2) preliminarily certify the settlement class for settlement purposes only,

(3) approve and authorize the distribution of the proposed notice to class members,

(4) name RG/2 Claims Administration LLC as the Class Administrator, and

(5) schedule a date and time for the Final Approval Hearing to consider approval of the settlement and request for specific class service awards and motion for approval of Plaintiffs' counsel's attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____      _____
                                                                                Honorable Stephen H. Locher
                                                                                United States District Court Judge