IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INC.<br><br>Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ<br><br>**JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING** |

Plaintiffs Brittney Stoudemire, Amanda Vose, Lucinda Jackson, Dana Foley, and Barbara Grazioli ("Plaintiffs") and Defendant Lee Enterprises, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties") hereby jointly move this Court to reschedule the Final Approval hearing currently set for December 10, 2025. *See* Doc. 54.

In support of this motion, the Parties state as follows:

1. Preliminary Approval was granted by this Court on April 14, 2025. *See* Doc. 54. In the Preliminary Approval Order, the Court scheduled the Final Approval hearing for December 10, 2025. (*See* Doc. 54). All parties agree that, if possible, the Final approval hearing should be scheduled to a date on or soon after August 11, 2025.

2. The typical time frame between preliminary approval orders and final approval hearings for cases involving the Video Privacy Protection Act ("VPPA") has been within five months of the order granting preliminary approval. See *In re Netflix Privacy Litig.,* 565 F. Supp. 3d 1076, *6-7 (N.D. Ca. 2013)(Preliminary approval granted on

1

July 5, 2012, and Final Approval Hearing was held five months later on December 5, 2012); *Feldman v. Star Trib. Media Co. LLC,* 2024 U.S. Dist. LEXIS 106591, *1 (D. Minn. 2024)(Preliminary approval granted on February 5, 2024, and Final Approval Hearing held three months later on May 20, 2024); *Beltran v. Sony Pictures Entm't Inc.,* 2023 U.S. Dist. LEXIS 181540, *13 (N.D. Ill. 2023)(Order for Preliminary Approval entered on September 20, 2023 and Final Approval Hearing scheduled for December 19, 2023, three months later); Braun v. Phila. Inquirer, LLC, 2025 U.S. Dist. LEXIS 85786, *47 (E.D. Pa. 2025)(Preliminary Approval Ordered on November 21, 2024, and Final Approval Hearing held four months later on March 6, 2025).

3. The general time frame between preliminary approval orders and final approval hearings in the Southern District of Iowa has been within five months of the order for preliminary approval. See *PHT Holding II LLC v. N. Am. Co. For Life,* 2023 U.S. Dist. LEXIS 222028, *2-3 (S.D. Iowa 2023)(Preliminary approval ordered on August 23, 2023 and Final Approval Hearing held three months later, on November 28, 2023); *Swinton v. SquareTrade, Inc.,* 2019 U.S. Dist. LEXIS 25458, *45 (S.D. Iowa 2019)(Order for preliminary approval entered on February 14, 2019 scheduling Final Approval Hearing for four months later, on June 21, 2019); *Meller v. Bank of the West,* 2018 U.S. Dist. LEXIS 169629, *8-9 (S.D. Iowa 2018)(Preliminary Approval ordered on April 12, 2018, and Final Approval Hearing held four months later, on August 9, 2018); *Edwards v. Orchestrate Hosp. Grp. LLC*, 2017 U.S. Dist. LEXIS 91576, *1 (S.D. Iowa 2017)(Preliminary Approval order entered on August 12, 2016, and Final Approval Hearing held five months later, on January 17, 2017).

4. Undersigned counsel has conferred and respectfully suggest the dates below in the interest of a speedy resolution of this matter.

WHEREFORE, The Parties respectfully request to reschedule the Final Approval hearing to August 11, 2025. If the Court is unavailable on August 11, 2025, the Parties are also available on August 14, 2025, and September 26, 2025.

Dated: June 4, 2025

**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**

By: /s/ J. Barton Goplerud
J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

Mark S. Reich*
Courtney E. Maccarone*
Gary S. Ishimoto*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

*admitted *pro hac vice*

*Counsel for Plaintiffs*

By: /s/
Angelo A. Stio III (pro hac vice)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**

301 Carnegie Center, Suite 400
Princeton, NJ 08543
Telephone: 609.951.4125
Email: Angelo.Stio@troutman.com

*Counsel for Defendant*