**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 3:22-cv-00086-SHL-SBJ |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING** |
| v. | |
| LEE ENTERPRISES, INC. | |
| Defendant. | |

AND NOW, this _____ of _____, 2025, upon review of the Parties' Joint Motion to Reschedule Final Approval Hearing, it is hereby ORDERED, that the Joint Motion is GRANTED. Accordingly:

The Final Approval Hearing is rescheduled to _____ at 9:00 a.m. in Courtroom 242 of the United States District Courthouse in Davenport, Iowa.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Stephen H. Locher
United States District Court Judge