IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br><br>LEE ENTERPRISES, INC.<br><br>     Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

In accord with the Settlement Agreement (the "Settlement Agreement")[1] and this Court's Order Granting Preliminary Approval, dated April 14, 2025 (ECF No. 54) (the "Preliminary Approval Order"), Plaintiffs Brittney Stoudemire, Amanda Vose, Lucinda Jackson, Dana Foley, and Barbara Grazioli ("Plaintiffs" or "Settlement Class Representatives"), by and through undersigned counsel, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; and (iii) finding the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule

---

[1] Previously filed with the Court on March 5, 2025 as part of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 53-3.

of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances. In support thereof, Plaintiffs are contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, the Declaration of Melissa Baldwin of RG/2 Claims Administration LLC in Connection with Final Approval of Settlement, and the Joint Declaration of Mark Reich and J. Barton Goplerud in Support of Plaintiffs' Motions for Final Approval and Award of Attorneys' Fees, Litigation Expenses, and Service Awards.

Dated: July 25, 2025

**LEVI & KORSINSKY, LLP**

By: /s/ Mark S. Reich
Mark S. Reich*
Gary S. Ishimoto*
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: gishimoto@zlk.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel listed of record.

By: /s/ Mark S. Reich
Mark S. Reich