# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>LEE ENTERPRISES, INC.<br><br>                Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ |

## DECLARATION OF MELISSA BALDWIN
## REGARDING CLAIMS ADMINISTRATION

1.    My name is Melissa Baldwin, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2.    I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103, the independent third-party settlement administrator retained as Claims Administrator to handle various settlement administration activities in the above-referenced matter, including, but not limited to, mailing of settlement notification packages to Class Members, emailing settlement notification to Class Members, processing claims, claimant correspondence, and distribution.

3.    RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer,

civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4. I have been actively involved and responsible for handling the administration of the settlement of the above-referenced matter.

5. RG/2 Claims was retained to, among other tasks, a) prepare, print and mail CAFA Notice; b) prepare, print, mail and email Notices to Settlement Class Members; c) establish and maintain the Settlement Website; d) prepare activity reports; e) handle inquiries from and correspondence to Settlement Class Members; f) re-mail Notices; g) skip-trace undeliverable addresses; h) receive and track Claim Forms, Opt-Out requests and Objections; i) issue the settlement benefits to each Participating Settlement Class Member; and j) conduct such other tasks as the Parties mutually agree or the Court orders RG/2 Claims to perform.

6. RG/2 Claims provided notice of the proposed Settlement (as outlined in the Settlement Agreement) pursuant to CAFA (the "CAFA Notice"). In particular, on March 12, 2025, RG/2 Claims caused to be served by Federal Express, Certified Return Receipt Requested First-Class mail, or electronic mail where applicable, the CAFA Notice, and the documents required under 28 U.S.C. § 1715(b)(1)-(8) to the United States Attorney General and 56 State and Territory Attorney Generals. A copy of the Notice of Proposed Settlement, excluding its exhibits, is attached hereto as **Exhibit A**.

7. On April 16, 2025, RG/2 Claims received an electronic file containing the names, last known email and postal addresses belonging to all Potential Settlement Class Members. In order to provide the best notice practicable and locate the most recent addresses for Potential Settlement Class Members, RG/2 Claims processed the Class List names and addresses received through the United States Postal Service's ("USPS") National Change of Address database

("NCOA") and updated the data with corrected information. It was determined that there were 1,496,083 Settlement Class Members.

8. Commencing on June 2, 2025, RG/2 Claims caused to be served via email to the Settlement Class Members, the short form Notice of Proposed Class Action Settlement ("Short Form Notice"). Of the 1,496,083 emailed Short Form Notices, 1,234,509 were delivered successfully. RG/2 Claims caused to be served via First Class mail and Air Mail, the Short Form Notice, to 261,574 Settlement Class Members for whom emails were either invalid or unsuccessful. A true and correct copy of the Short Form Notice is attached hereto as **Exhibit B**.

9. On June 2, 2025, RG/2 Claims made available the Settlement Website, www.LeeSettlement.com. The website includes the following:

   a. The "Homepage" contains a brief summary of the settlement and advises Settlement Class members of their rights under the Settlement;

   b. The "Class Notice" page contains a pdf copy of the Long Form Notice of Class Action Settlement;

   c. The "File a Claim" page contains the Settlement Claim Form that Settlement Class Members may submit electronically or download, print and mail;

   d. The "Court Documents" page contains: the Class Action Complaint; Motion for Preliminary Approval; Class Action Settlement Agreement and Release; and the Preliminary Approval Order; and

   e. The "Contact Us" page contains the contact information of the Settlement Administrator and Class Counsel.

10. RG/2 Claims also made available a toll-free phone number at (888) 337-8409 for Class members to speak with a live operator or leave a voicemail message requesting a returned call.

3

11. RG/2 Claims also made available Post Office Box 59479 in Philadelphia, PA 19102-9479 to receive and process returned Notices, Opt-Outs, and Objections.

12. RG/2 Claims also made available a dedicated email address, leesettlement@rg2claims.com, for Settlement Class Members to submit inquiries and receive timely responses.

13. The Short Form Notice informed Settlement Class Members of, among other things, their right to request exclusion from the Settlement, provided the request was postmarked within forty-five (45) days from the initial mailing of the Notice or by July 17, 2025. To date, RG/2 Claims has received fifteen (15) Opt-Out requests. Copies of the Opt-Out requests are attached hereto as **Exhibit C.**

14. The Short Form Notice also informed Class Members of their right to object to the Settlement, provided the request was postmarked within forty-five (45) days from the initial mailing of the Notice or by July 17, 2025. To date, RG/2 Claims has not received or been advised of any objections to the Settlement.

15. As of the July 17, 2025 Filing Deadline, the USPS returned 5,022 Notices as undeliverable. Of the 5,022 Notices returned, the USPS provided forwarding addresses for 706 Class Members and they were promptly remailed Notice. RG/2 Claims performed extensive skip-trace procedures for the remaining undeliverable Notices and was able to locate updated addresses for 2,477 Settlement Class Members and RG/2 Claims promptly mailed a new Notice to those Settlement Class Members. A total of 1,839 Short Form Notices remain undeliverable.

16. Therefore, in total, direct notice successfully reached 1,494,244 of the 1,496,083 Settlement Class Members, or approximately 99.88% of the Settlement Class.

17. As of July 18, 2025, RG/2 Claims has received 30,268 submitted Settlement Claim Forms. Of these Settlement Claim Forms, 29,721 Claim Form were submitted by Settlement Class members through the secure online claims portal available through the

Settlement Website. The remaining 547 Claim Forms were submitted by paper or email, and are being processed and reviewed for timeliness, validity and inclusion in the Settlement.

18. RG/2 Claims worked with Class Counsel to establish an interest-bearing Settlement Fund account, entitled Stoudemire, et al. v Lee Enterprises Settlement Fund, at Esquire Bank.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT TO THE BEST OF MY KNOWLEDGE THE FOREGOING IS TRUE AND CORRECT.

Executed on July 25, 2025 at Philadelphia, PA