IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INC.<br><br>Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ<br><br>**JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING AND CHANGE LOCATION OF HEARING** |

Plaintiffs Brittney Stoudemire, Amanda Vose, Lucinda Jackson, Dana Foley, and Barbara Grazioli ("Plaintiffs") and Defendant Lee Enterprises, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties") hereby jointly move this Court to reschedule the date and location for the hearing on Plaintiffs' Motion for Attorneys' Fees, Expenses and Final Approval of a Class Settlement ("Motion") (Doc. 58), and in support thereof state as follows:

1. A Motion for Preliminary Approval of the Class Settlement was granted by this Court on April 14, 2025. *See* Doc. 54. In the Preliminary Approval Order, the Court scheduled the Final Approval of the Class Settlement hearing ("Final Approval Hearing") for December 10, 2025. (*See* Doc. 54).

2. On June 11, 2025, the Court granted a Joint Motion to Reschedule the Final Approval Hearing from December 10, 2025 to August 7, 2025, (Doc. 57).

3. On July 25, 2025, Plaintiff filed the Motion (Doc. 58).

4. While the Parties are not aware of any objectors to the Class Action Settlement, in an abundance of caution, they have agreed to seek moving the Final Approval Hearing by one week from August 7, 2025 at 12:30 p.m. to August 14, 2025 at 9:00 a.m.

5. In addition, because the Parties (and potential class members) may be flying from out of town, the Parties respectfully request that the location for the Final Approval Hearing be moved from the United States District Courthouse located at 131 East 4th Street, Davenport, IA 52801 to the United States District Courthouse located at 111 Locust Street, Des Moines IA 50309.  The United States District Courthouse in Des Moines is accessible by counsel and others through airports with direct flights and the Honorable Stephen H. Locher, U.S.D.J. also maintains chambers in Des Moines, Iowa, to accommodate the rescheduled Final Approval Hearing on August 14, 2025.

6. The Parties have conferred with each other and the Court and make these requests under Fed. R. Civ. Pro 1 in order to afford potential objectors (if any) adequate time to resist the Motion and secure a just, speedy, efficient and inexpensive resolution of the above-captioned matter.

WHEREFORE, The Parties respectfully request that the Court enter an Order, rescheduling the Final Approval hearing to August 14, 2025 at 9:00 a.m. and moving the location of the Final Approval hearing to the United States District Courthouse located at 111 Locust Street, Des Moines IA 50309.

Dated: August 2, 2025

        **SHINDLER, ANDERSON,**
        **GOPLERUD & WEESE, P.C.**

        By: _/s/ Barton Goplerud_
        J. Barton Goplerud
        Brian O. Marty
        5015 Grand Ridge Drive, Suite 100
        West Des Moines, IA 50265
        Tel: (515) 223-4567
        Fax: (515) 223-8887
        Email: goplerud@sagwlaw.com
        Email: marty@sagwlaw.com

        Mark S. Reich*
        Courtney E. Maccarone*
        Gary S. Ishimoto*
        **LEVI & KORSINSKY, LLP**
        33 Whitehall Street, 17th
        Floor New York, NY 10004
        Telephone: (212) 363-7500
        Facsimile: (212) 363-7171
        Email: mreich@zlk.com
        Email: cmaccarone@zlk.com
        Email: gishimoto@zlk.com

        *admitted _pro hac vice_

        _Counsel for Plaintiffs_


        By: _/s/ Joshua J. McIntyre_
        Ian J. Russell, AT0006813
        Joshua J. McIntyre, AT0011426
        **LANE & WATERMAN LLP**
        220 North Main Street, Suite 600
        Davenport, IA 52801
        Telephone: 563-324-3246
        Facsimile: 563-324-1616
        Email: IRussell@l-wlaw.com
        Email: JMcIntyre@l-wlaw.com

        -and -

        Angelo A. Stio III*
**TROUTMAN PEPPER LOCKE LLP**
  104  Carnegie Center,
  Suite 201
  Princeton, NJ 08540
  Telephone: 609.951.4125
  Email: Angelo.Stio@troutman.com
*admitted pro hac vice
   Counsel for Defendant