## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| Case No. 3:22-cv-00086-SHL-WPK | : | Clerk's Court Minutes – Settlement Approval Hearing |

| Plaintiff(s) | Defendant(s) |
|---|---|
| Brittney Stoudemire, Amanda Vose, Lucinda Jackson, Dana Foley, Douglas Castle, and Barbara Grazioli, on Behalf of Themselves and All Others Similarly Situated, | Lee Enterprises, Inc. |

Plaintiff(s) Counsel: J. Barton Goplerud, Brian O. Marty, and Mark Reich

Defendant(s) Counsel: Joshua James McIntyre and Angelo Anthony Stio, III

Court Reporter: Tonya Gerke    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for Final Approval of Class Action Settlement (ECF 58) | Granted | | |

Proceedings:

Counsel are present in the courtroom for a Final Approval Hearing regarding Plaintiffs' Motions for Final Approval and Award of Attorneys' Fees, Litigation Expenses, and Service Awards (ECF 58). Counsel provide record as to the settlement process and agreement. The Court confirms completion of the Certification of Compliance with Business Practices. As set forth on the record, the settlement agreement is approved as a fair and reasonable disposition of the claims. Order approving final settlement to follow. Court adjourns.

Time Start: 9:02 a.m.
Time End:  9:07 a.m.
Date: August 14, 2025

/s/ M. Mast
_____
Deputy Clerk