IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BRITTNEY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY and BARBARA GRAZIOLI on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ENTERPRISES, INC.<br>Defendant. | Civil Action No. 3:22-cv-00086-SHL-SBJ |

## CERTIFICATION OF COMPLIANCE WITH BUSINESS PRACTICES

I, Mark Bullard, being of full age, hereby state as follows:

1. I am the Vice President of Data Engineering for Lee Enterprises, Inc. ("Lee") and I make this certification in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement in the above-referenced matter (the "Final Approval Motion").

2. As Vice President of Data Engineering for Lee, I participated in Lee's implementation of revisions to its business practices under paragraph 44 of the Class Action Settlement Agreement and Release (the "Settlement Agreement") that is the subject of the Final Approval Motion.

3. I can confirm that within ninety (90) days of service of the Preliminary Approval Order entered in the above-referenced matter on April 14, 2025, Lee ceased sharing video titles through use of the Facebook or Meta Pixel on all pages on its websites or applications that track video content and have a URL that identifies the title of a video that was requested or viewed (if any).

4.  I certify that the foregoing statements are true to the best of my knowledge, information and belief.

Dated: 8/11/25

_____
Mark Bullard