# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

BRITTANY STOUDEMIRE, AMANDA VOSE, LUCINDA JACKSON, DANA FOLEY, DOUGLAS CASTLE, and BARBARA GRAZIOLI, individually and on behalf of all others similarly situated,

               Plaintiff(s),

v.

LEE ENTERPRISES, INC

               Defendant(s),

**CIVIL NUMBER: 3:22-cv-00086-SHL-WPK**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

The Court granted final approval of the settlement agreement and the request for final approval of the fee award as agreed upon by the parties. Specifically, the Court granted approval of the fee award of one-third of the settlement fund plus expenses in the amount of $41,559.88. Finally, the Court granted Plaintiffs' request for a service fee award of $2,500 to each named Plaintiff.

                                              CLERK, U.S. DISTRICT COURT

Dated this 25th day of August, 2025.

                                              /s/ M. Mast

                                              By: Deputy Clerk